**Electronically Filed
Supreme Court
SCWC-15-0000699
12-MAR-2018
01:19 PM**

SCWC-15-0000699

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————————

WP,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

MS,
Respondent/Defendant-Appellee/Cross-Appellant.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000699; FC-D NO. 11-1-7253)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant/Cross Appellee's

application for writ of certiorari, filed on January 27, 2018, is

hereby rejected.

DATED:  Honolulu, Hawai'i, March 12, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

